IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TINA HESTER                                                                                              PLAINTIFF

vs.                                                                         CIVIL ACTION NO. 1:15CV216-RP

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY                                         DEFENDANT

## ORDER GRANTING PAYMENT OF ATTORNEY'S FEES

Plaintiff seeks an award of attorney's fees of $7,144.08 paid under the Equal Access to Justice Act, 28 U.S.C. Section 2412. Defendant does not object to the amount of fees requested, but asserts that under *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the fees must be made payable to the plaintiff. The court has reviewed the motion and the record and concludes that the motion is well taken. It is

ORDERED

that the defendant pay the plaintiff $7,144.08 in attorney's fees and mail the award to plaintiff's attorney.

This, the 5th of January, 2017.

                                                        /s/ Roy Percy
                                         UNITED STATES MAGISTRATE JUDGE